PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Arturo Gonzales  Cr.: 17-00245-001
PACTS #: 2822653

Name of Sentencing Judicial Officer:  THE HONORABLE JOHN MICHAEL VAZQUEZ
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/10/2017

Original Offense:  Controlled Substance Sell, Distribute, or Dispense D/O/F, 21 U.S.C. § 841(a)(1) & (b)(1)(C)

Original Sentence: 30 months imprisonment, 36 months supervised release

Special Conditions: $100 - Special Assessment, Alcohol/Drug Testing and Treatment, Mental Health Treatment, Life Skills/Education, Motor Vehicle Compliance, and Supporting Dependents

Type of Supervision: Supervised Release    Date Supervision Commenced: November 19, 2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    The person under supervision has violated the special supervision condition which states **'You must not operate any motor vehicle without a valid driver's license issued by the State of New Jersey, or in the state in which you are supervised. You must comply with all motor vehicle laws and ordinances and must report all motor vehicle infractions (including any court appearances) within 72 hours to the U.S. Probation Office.'**

On June 9, 2021, Gonzalez was arrested for driving on a suspended license (misdemeanor). The charges remain pending.

2    The person under supervision has violated the standard supervision condition which states **'If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.'**

Gonzalez failed to report his arrest to the probation officer within 72 hours and attempts to contact him have been unsuccessful.

U.S. Probation Officer Action:

The Central District of California, U.S. Probation Office is respectfully requesting for no formal Court action be taken at this time. Gonzalez has no other known issues of noncompliance or violations pending at this time and the probation officer will continue to monitor the pending case.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By: ELISA MARTINEZ
Supervising U.S. Probation Officer

/ bgm

PREPARED BY:

**Brendan G. Murillo**           **6/24/2021**
BRENDAN G. MURILLO           Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

**6/24/21**
Date